[No. 43709-1-II. Division Two. February 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON CHRISTOPHER SCHEIBEL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 11-1-01196-5, Marilyn K. Haan, J., entered July 16, 2012. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Penoyar and Maxa, JJ.

[No. 43810-1-II. Division Two. February 25, 2014.]

OLD CITY HALL LLC, *Appellant*, v. PIERCE COUNTY AIDS FOUNDATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-06120-2, Chris Wickham, J. Pro Tem., entered July 30, 2012. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Maxa, J. Now published at 181 Wn. App. 1.

[No. 30717-4-III. Division Three. February 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES ROLFE MOE, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 12-8-00059-1, Susan L. Hahn, J., entered March 12, 2012. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Fearing, J., concurred in by Korsmo, C.J., and Siddoway, J.